Adam T. Hoover (SBN 243226)
REICH RADCLIFFE & HOOVER LLP
4675 MacArthur Court, Suite 550
Newport Beach, CA 92660
(949) 975-0512

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DONALD ROLLAND, Individually and On Behalf of All Others Similarly Situated

Plaintiff(s),

v.

REWALK ROBOTICS, LTD., et al.

Defendant(s).

CASE NUMBER  3:17-cv-00362-HSG

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

[x]  This action is dismissed by the Plaintiff(s) in its entirety.

[ ]  The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

[ ]  The Cross-Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

[ ]  The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

[ ]  **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) [ ] Complaint, [ ] Counterclaim, [ ] Cross-claim, [ ] Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

March 23, 2017                              /s/ Adam T. Hoover
*Date*                                      *Signature of Attorney/Party*
                                            Adam T. Hoover

NOTE:  F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.

F.R.Civ.P. 41(c):  Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.

CV-09 (03/10)   NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)   CCD-9